UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Malik Sanchez

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-   ( )( )

Defendant _____Malik Sanchez_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing: prefer video.

__X__   Initial Appearance Before a Judicial Officer

_____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

_____   Conference Before a Judicial Officer

_[signature: Cleg H. Kaminsky for Malik Sanchez]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Malik Sanchez_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Cleg H. Kaminsky_
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

April 14, 2021
Date

_[signature]_
Ona T. Wang
United States Magistrate Judge