UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                         :    21 Cr.

MALIK SANCHEZ,                     :
    a/k/a "Smooth Sanchez,"
                               :    21 CRIM 269
            Defendant.

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

**(False Information and Hoaxes)**

The Grand Jury charges:

1. On or about February 13, 2021, in the Southern District of New York and elsewhere, MALIK SANCHEZ, a/k/a "Smooth Sanchez," the defendant, knowingly engaged and attempted to engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken, was taking, or would take place that would constitute a violation of Title 18, United States Code, Sections 844(i) and 2332a(a), to wit, SANCHEZ conveyed a hoax threat to detonate a bomb in the vicinity of a restaurant in Manhattan.

(Title 18, United States Code, Sections 1038(a)(1) and 2.)

_/s/ Tracy Mitchell_
FOREPERSON

_/s/ Audrey Strauss_
AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MALIK SANCHEZ,
a/k/a "Smooth Sanchez,"

Defendant.

---

### INDICTMENT

21 Cr.

(Title 18, United States Code,
Sections 1038(a)(1) and 2)

AUDREY STRAUSS
United States Attorney

*/s/ Tracy Mitchell*
Foreperson

---

Wheel A: J. McMahon/OTW. 22 Apr 2021