

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2021

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Sanchez*, 21 Cr. 269 (CM)

Dear Judge McMahon:

The Government writes in advance of the initial pretrial conference in the above-referenced case, which is scheduled for May 25, 2021. On April 14, 2021, the defendant was presented before the Honorable Ona T. Wang, United States Magistrate Judge, and was ordered detained. On April 22, 2021, a Grand Jury in this District returned a one-Count Indictment against the defendant. The week of April 26, 2021[1], the defendant will be arraigned on the charge in the Indictment, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge.

In advance of the upcoming initial pretrial conference before the Court, the Government writes to respectfully request that the time between today and the initial pretrial conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to produce and review discovery. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Clay Kaminsky (via ECF)

---

[1] The specific date is not yet confirmed.