# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 11, 2021

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

6/14/2021 Granted CM

Re: **United States v. Malik Sanchez,
21 Cr. 269 (CM)**

Dear Judge McMahon:

MEMO ENDORSED

I write with the consent of the government to request that the Court adjourn the next conference in the above-referenced matter from July 13 to September 14, when I understand the Court and the parties are both available. I make this request for personal reasons; it will also allow time for discussions concerning the disposition of this case.

If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Kaylan Lasky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2021