# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

September 1, 2021

9/7/21
Modification AS
requested granted

/s/ Colleen McMahon

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Malik Sanchez,**
    **21 Cr. 269 (CM)**

Dear Judge McMahon:

I write to request that the Court modify Malik Sanchez's bail conditions to enable him to participate in a GED and work readiness program through Opportunities for a Better Tomorrow ("OBT"). OBT has accepted Mr. Sanchez into its program, with classes to begin on September 13. See **Exhibit A** (OBT Letter).

A bail modification is needed because OBT class meetings are being conducted virtually in light of the pandemic. Mr. Sanchez is presently allowed to use the internet only for communications with counsel, mental health counselors, and Pretrial Services. Mindful of Mr. Sanchez's bail conditions, OBT proposes to have him come to the OBT offices in Sunset Park, Brooklyn, to access the internet under the supervision of OBT staff for class work only. I request that the Court modify Mr. Sanchez's bail conditions to permit him to access the internet under these conditions. ✓

Pretrial Services consents to this request. The government defers to Pretrial Services.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/21

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Kaylan Lasky
    USPSO Jonathan Lettieri (by email)