**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 8, 2021

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Malik Sanchez,
      21 Cr. 269 (CM)**

Dear Judge McMahon:

  I write with the consent of the government to request that the Court adjourn the status conference now scheduled for September 14, 2021, by approximately 30 to 45 days. The requested adjournment will allow me time to review the additional, substantial discovery that the government has produced in the past week. It will also allow the parties to continue discussing a disposition of this matter.

  If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

              Respectfully submitted,
              /s/
              Clay H. Kaminsky
              Assistant Federal Defender
              (212) 417-8749 / (646) 842-2622

cc:   AUSA Kaylan Lasky