# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District
Jennifer L. Brown
Attorney-in-Charge

*David E. Patton*
*Executive Director
and Attorney-in-Chief*

Southern District of New York

*MEMO ENDORSED*

September 8, 2021

9/10/21

Case Adj to Oct 13, 2021 At 2:30 p.m. — time excluded in the interest of justice, to facilitate the review of discovery and plea discussions.

/s/ McM

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Malik Sanchez,
21 Cr. 269 (CM)**

Dear Judge McMahon:

    I write with the consent of the government to request that the Court adjourn the status conference now scheduled for September 14, 2021, by approximately 30 to 45 days. The requested adjournment will allow me time to review the additional, substantial discovery that the government has produced in the past week. It will also allow the parties to continue discussing a disposition of this matter.

    If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Kaylan Lasky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/21