**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2021

10/8/2021

Conference adjourned to November 9, 2021 @ 2:00 p.m. The time between 10/13/2021 and the next conference (11/9/2021) is excluded in the interest of Justice.

*/s/ Colleen McMahon*

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Sanchez*, 21 Cr. 269 (CM)

Dear Judge McMahon:

MEMO ENDORSED

The Government writes, with the consent of defense counsel, to respectfully request a two-week adjournment of the pretrial conference in the above-captioned matter, which is currently scheduled for October 13, 2021, at 2:30 p.m. The parties are engaging in discussions regarding a potential pretrial resolution, but do not anticipate completing our discussions prior to October 13, 2021.

If the Court grants this request, the Government also respectfully requests that the time between October 13, 2021 and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Clay Kaminsky (via ECF)

1