**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 4, 2021

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Malik Sanchez,
21 Cr. 269 (CM)**

Dear Judge McMahon:

    I write to request a temporary modification of the home-detention condition of Mr. Sanchez's bail to permit him to participate in the "Abbot Dash to the Finish Line 5K" run, a part of the New York City Marathon events, on Saturday, November 6, 2021. Confirmation of Mr. Sanchez's registration for this race has been provided to Pretrial Services, which has no objection to this application. The government defers to Pretrial Services.

                                                  Respectfully submitted,
                                                  /s/
                                                  Clay H. Kaminsky
                                                  Assistant Federal Defender
                                                  (212) 417-8749 / (646) 842-2622

cc:    AUSA Kaylan Lasky
       USPSO Jonathan Lettieri (by email)