# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 4, 2021

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2021

Re:  **United States v. Malik Sanchez,**
     **21 Cr. 269 (CM)**

Dear Judge McMahon:

I write to request a temporary modification of the home-detention condition of Mr. Sanchez's bail to permit him to participate in the "Abbot Dash to the Finish Line 5K" run, a part of the New York City Marathon events, on Saturday, November 6, 2021. Confirmation of Mr. Sanchez's registration for this race has been provided to Pretrial Services, which has no objection to this application. The government defers to Pretrial Services.

Respectfully submitted,
/s/ _____
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:  AUSA Kaylan Lasky
     USPSO Jonathan Lettieri (by email)

**MEMO ENDORSED**

November 5, 2021

Temporary bail modification as requested is granted.

*[signed] Colleen McMahon*