

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 24, 2021

**By ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Sanchez*, 21 Cr. 269 (CM)

Dear Judge McMahon:

    The Government respectfully submits this letter motion to request that the Court accept defendant Malik Sanchez's guilty plea allocution, made before Magistrate Judge Kevin Nathaniel Fox on November 12, 2021. The transcript of that proceeding and the text of a proposed order are appended hereto.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

                        By: _____/s/_____
                            Kaylan E. Lasky
                            Assistant United States Attorney
                            (212) 637-2315

cc: Clay Kaminsky (via ECF)