UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :     [**PROPOSED**] **ORDER**
                                    :
MALIK SANCHEZ,                      :
                                    :     21 Cr. 269 (CM)
            Defendant.              :
                                    :
------------------------------------x

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Kevin Nathaniel Fox on November 12, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED:

Dated:   New York, New York
         _____, 2021


                                        _____
                                        THE HONORABLE COLLEEN MCMAHON
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK