**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 24, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Malik Sanchez,
     21 Cr. 269 (CM)**

Dear Judge McMahon:

    I write to request that the Court modify Malik Sanchez's bail conditions to enable him to access the internet for classwork while he is physically present at his Exalt youth program and under the program's supervision. The Court previously granted a similar application for Mr. Sanchez's other program, at Opportunities for a Better Tomorrow.

    Pretrial Services consents to this request. The government defers to Pretrial Services.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:  AUSA Kaylan Lasky
     USPSO Jonathan Lettieri (by email)