**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 8, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Malik Sanchez,
      21 Cr. 269 (CM)**

Dear Judge McMahon:

    I write with the consent of the government to request that the Court adjourn Mr. Sanchez's sentencing, which is currently scheduled for March 2, 2022, by approximately 30 days. I make this request because I will be on trial in United States v. Souleymane Balde, 20 Cr. 281 (KPF) beginning on February 23, 2022.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Kaylan Lasky