# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

MEMO ENDORSED February 8, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

2/9/22

Sentencing Adj to April 6, 2022
At 12:00 p.m.

Re: <u>United States v. Malik Sanchez</u>,
21 Cr. 269 (CM)

[signature]

Dear Judge McMahon:

I write with the consent of the government to request that the Court adjourn Mr. Sanchez's sentencing, which is currently scheduled for March 2, 2022, by approximately 30 days. I make this request because I will be on trial in <u>United States v. Souleymane Balde</u>, 20 Cr. 281 (KPF) beginning on February 23, 2022.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA Kaylan Lasky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/22