# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
[DOCU]MENT
[ELECT]RONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2022

**MEMO ENDORSED**

February 8, 2022

2/10/22
Bail Conditions are
Modified as requested.
/s/ Colleen McMahon

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Malik Sanchez,**
       **21 Cr. 269 (CM)**

Dear Judge McMahon:

    I write with the consent of Pretrial Services to request that the Court modify Mr. Sanchez's bail conditions to place him on a curfew, with the hours to be set by Pretrial, in lieu of home detention.

    The immediate cause of this request that that Mr. Sanchez wishes to enroll in martial arts classes, starting this Friday, February 11. Mr. Sanchez's Pretrial Services Officer, Jonathan Lettieri, informs me he cannot approve recreational activities under the current bail conditions but that Pretrial would consent to placing Mr. Sanchez on a curfew so that he can take these classes and enjoy a little more freedom for other activities in light of his compliance with supervision. I note that Mr. Sanchez has been on home detention for nine months already; he has stayed out of trouble and used the time to pursue his GED.

    The government defers to Pretrial Services.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Kaylan Lasky
      USPSO Jonathan Lettieri (by email)