**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 28, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:  United States v. Malik Sanchez,
21 Cr. 269 (CM)**

Dear Judge McMahon:

    I write to request that the Court modify Malik Sanchez's bail conditions to allow him to pursue his driver's license by participating in a remote five-hour pre-licensing course via Zoom on his mother's computer and under her supervision. Pretrial has no objection to this request. The government defers to Pretrial.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:    AUSA Kaylan Lasky
       USPSO Jonathan Lettieri (by email)