# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

MEMO ENDORSED

February 28, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

3/3/22

OK

*[signature: Colleen McMahon]*

Re:  **United States v. Malik Sanchez,**
     **21 Cr. 269 (CM)**

Dear Judge McMahon:

  I write to request that the Court modify Malik Sanchez's bail conditions to allow him to pursue his driver's license by participating in a remote five-hour pre-licensing course via Zoom on his mother's computer and under her supervision. Pretrial has no objection to this request. The government defers to Pretrial.

             Respectfully submitted,
             /s/
             Clay H. Kaminsky
             Assistant Federal Defender
             (212) 417-8749 / (646) 842-2622

cc:  AUSA Kaylan Lasky
   USPSO Jonathan Lettieri (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/22