# Exhibit B

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2021

The Honorable Judge Colleen McMahon
United States District Court Judge
Southern District of New York
United States District Court
500 Pearl Street, Room 2550
New York, New York 10007

By Email

                        Re: <u>United States v. Malik Sanchez</u>
                          Docket No. 21 Cr. 00269(CM)

Dear Judge McMahon,

Please find enclosed two victim impact statement in the above captioned matter.

                                Very truly yours,

                                DAMIAN WILLIAMS
                                United States Attorney

                     By: _____
                                Wendy Olsen Clancy
                                Victim Witness Coordinator
                                (212) 637-1028

Assistant United States Attorney Kaylan Lasky, with attachments
Clay Kaminsky Esq. Clay_Kaminsky@FD.org with attachments

# Statement 1

**Subject:** Re: [EXTERNAL] Re: Victim Coordination - Malik Sanchez Case

Thanks Wendy and Kaylan -

Please see below:

Being a witness and victim to the events that occurred on February 14, 2021 was both disturbing and anxiety-inducing for my husband and me. I have lived in New York City for over 10 years, and raised not far away and can vividly remember the impact that terrorism events had on the city. While living with these threats are nothing new to me, individuals who use this very real fear for spectacle and theatre is despicable. Filming me and other bystanders who felt that our lives were threatened to use for entertainment without consent is abhorrent. I feel like my privacy was invaded as well that day. While I am able to continue to live my life everyday, I hope that the consequences for this person are serious and it will deter other individuals for thinking they can leverage terrorism to harm individuals' psychological safety.

--

Let me know if you have any questions and I appreciate your help. Thanks!

1

# Statement 2

When this incident first occurred, I believed it to be a real act of terror. In a post-9/11 New York City, when someone tells you they have a bomb that is going to detonate and kill you, you believe them. My friend and I were just enjoying an afternoon out of the apartment, when Mr. Sanchez interrupted and shouted he was going to kill us. We ran away in horror, thinking our lives were on the line. When nothing happened, my only conclusion was to believe that he had been making propaganda videos to use within a real terror organization. For the next several weeks, I lived with my parents in Pennsylvania, too afraid to return to life in the city. I was convinced that a terrorist was operating in my neighborhood, ready to actually use violence at any given time.

A few months later, when the FBI informed me and my friend that this was all a hoax, I was even more disheartened and scared. I was disgusted watching the video Mr. Sanchez recorded during the incident. As we ran away in complete fear, waiting to hear a bomb go off, he changes back to his natural voice and starts laughing that we "all scattered." It is our basic human right to live in this world believing that other people will not cause fear or laugh at our fear. Even though this was not the act of terror I originally believed it to be, I still remained-and remain to this day-afraid of the things that could have happened. Mr. Sanchez altered my faith in humanity and made me realize there are truly bad people out there who enjoy seeing others suffer. There are few things more disgusting and terrifying than making people fear for their own lives, and laughing at them in the process.

I hope Mr. Sanchez receives the maximum sentence possible and learns how serious his actions are. I am afraid of him and other people like him. I was even too afraid to have my name shared with this statement because I never want him to find me and terrorize me further. He is an absolute menace to society, and I hope he understands the fear he imparted on me in this cruel hoax. To this day, I'm uncomfortable in a crowded restaurant, and I carry mace with me everywhere I go. This all was completely unnecessary, and I live in fear over something Mr. Sanchez considered to be a funny internet prank.