# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 30, 2022

**MEMO ENDORSED**

7/5/22

The Government has subsequently represented to the Court that it has no objection to the return of deft's passport. Pretrial is directed to return passport to deft.

BY ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Malik Sanchez,
21 Cr. 269 (CM)

Dear Judge McMahon:

I write to request that the Court authorize and direct Pretrial Services to return Malik Sanchez's passport, which he had surrendered as part of his bail conditions. Having been sentenced, Mr. Sanchez is no longer subject to the terms of his bail release and he wishes to resume possession of this important identity document.

The government takes no position on this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Kaylan Lasky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/22